1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>        Plaintiff,<br><br>    v.<br><br>E. AGUIRRE, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01092-SAB (PC)<br><br>ORDER TO SUBMIT IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

       Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       Accordingly, IT IS HEREBY ORDERED that:

       Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  No requests for an extension of time will be granted absent a showing of good cause.  Within sixty (60) days of the date of service of this order, Plaintiff shall

///
///
///
///

1

submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **July 20, 2015**

UNITED STATES MAGISTRATE JUDGE