UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>E. AGUIRRE, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01092-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING PRISON OFFICIALS TO PROVIDE A COPY OF DOCUMENTS FROM HIS CENTRAL FILE<br><br>[ECF No. 28] |

   Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to United States magistrate judge jurisdiction on July 30, 2015. (ECF No. 10.)

   Now pending before the Court is Plaintiff's motion for a court order directing Warden S. Sherman, the litigation coordinator, and correctional counselor Cerda to produce "All CDCR Form 602 documentation submitted in relation to this case," in order for Plaintiff to comply with the Court's January 6, 2016, order.

   Plaintiff contends that he is in need of inmate grievance forms he has submitted within the prison that are maintained in his central file in order to respond to the Court's January 6, 2016, order directing Plaintiff to complete and return the service of process forms. (ECF No. 24.) The Court's order directed Plaintiff to submit all CDCR form 602 documentation submitted in relation to this case. (Id.) The Court directed Plaintiff to submit the inmate grievance forms only to assist the United States

1

Marshal with the identification and service of any Defendant.  Plaintiff submitted and completed the necessary service of process forms, and January 20, 2106 the United States Marshal was ordered to initiate service on Defendant E. Acquire.  (ECF No. 27.)  Accordingly, at this time there is no need for Plaintiff to submit any other documentation, including the inmate grievance forms for service by the marshal, and Plaintiff's motion for such documentation is DENIED.

IT IS SO ORDERED.

Dated:   **February 11, 2016**

UNITED STATES MAGISTRATE JUDGE