UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. AGUIRRE,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 34, 36, 39] |

　　　　Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On May 11, 2016, the Magistrate Judge filed a Findings and Recommendations which were served on the parties and contained notice to the parties that objections were to be filed within thirty days.  The thirty day time frame has expired and no objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on May 11, 2016, is adopted in full; and
2. Plaintiff's motions for preliminary injunctive relief are DENIED.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
SENIOR DISTRICT JUDGE