# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>E. AGUIRRE,<br><br>    Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE DEADLINE FOR FILING AN EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 45] |

Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 11, 2016, Defendant filed a motion requesting to extend the deadline for filing an exhaustion-related motion for summary judgment.

Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline for filing an exhaustion-related motion for summary judgment is extended to September 26, 2016.

IT IS SO ORDERED.

Dated:   **August 12, 2016**

UNITED STATES MAGISTRATE JUDGE

1