UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. AGUIRRE,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF CASE FILES AND OTHER LEGAL DOCUMENTS<br><br>[ECF No. 59] |

　　　Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On October 12, 2016, Plaintiff filed a motion for a copy of the case files. Plaintiff requests that the Clerk of Court send Plaintiff a complete copy of the case file, the appeals coordinator at California Substance Abuse and Treatment Facility send him a copy of all grievances from June 1, 2013, to the present, Defendant send him a copy of all documents exchanged between the two of them, and prison officials return his legal property.

　　　Plaintiff is advised that the Court does not provide free copies of case documents to parties. The Clerk of Court charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the Court. Under 28 U.S.C. §

1

2250, the Clerk is not required to furnish copies without costs to an indigent plaintiff except by order of the judge. Plaintiff is obligated to make and keep a copy of every document submitted to the Court or exchanged between the parties. Accordingly, Plaintiff's motion for a copy of the case file and other legal documents is DENIED.

IT IS SO ORDERED.

Dated:   **October 13, 2016**

UNITED STATES MAGISTRATE JUDGE