# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>E. AGUIRRE,<br><br>    Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO STAY THE PROCEEDINGS AND WITHDRAW OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 63] |

Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to stay the proceedings and withdraw his opposition to Defendant's motion for summary judgment, filed October 21, 2016. Plaintiff requests the Court stay the proceedings until prison officials return his legal property.

As previously stated in denying Plaintiff's first motion to stay the proceedings to until the return of his legal property, "Plaintiff fails to demonstrate what documents are necessary to oppose Defendant's pending motion for summary judgment for failure to exhaust the administrative remedies or how the documents submitted by Defendant's are not sufficient to resolve the motion." (See Def.'s Mot. Summ. J., Attach. Exs., ECF No. 52.) Plaintiff again fails to demonstrate what documents are

///

///

1

necessary to supplement his opposition to the motion and/or how the documents already submitted are not sufficient to resolve the motion.  Accordingly, Plaintiff's second motion to stay the proceedings is DENIED.

IT IS SO ORDERED.

Dated:  **October 24, 2016**

UNITED STATES MAGISTRATE JUDGE