UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. AGUIRRE,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR WAIVER OF FEE FOR MAILING DOCUMENTS TO THE COURT FOR FILING<br><br>[ECF No. 75] |

　　　　Plaintiff Billy Coy Cochran is appearing pro se and in forma paupsier in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 17, 2017, Plaintiff filed a notice with the Court requesting intervention and waiver of the fees for mailing his opposition to the Court for filing. The Court cannot waive the mailing fee expenses incurred by Plaintiff in attempting to file his opposition with the Court. It is incumbent upon Plaintiff to be prudent with his expenses and use of indigent stamps because there are costs associated with litigating cases in court. Although 28 U.S.C. § 1915, allows a federal court to waive the filing fee for an indigent prisoner's civil rights complaint, it does not require the court to order financing of the entire action. Plaintiff is thus responsible for producing the fee for mailing his opposition to the court

///

///

///

for filing, and his request for a waiver of the mailing fee is denied. In light of the fact that Plaintiff's deadline to file an opposition expired on January 13, 2017, in the interest of justice Plaintiff is granted until **February 3, 2017**, to file his opposition.

IT IS SO ORDERED.

Dated:   **January 20, 2017**

UNITED STATES MAGISTRATE JUDGE