UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. AGUIRRE,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01092-AWI-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Billy Coy Cochran is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is the parties' briefing on Defendant's motion for summary judgment. Defendant brings the motion contending that Plaintiff has failed to exhaust his administrative remedies prior to filing this action. Upon review of the moving papers, the Court finds that the documentation submitted for certain appeals is insufficient or missing making the Court unable to review the issues presented. Accordingly, Defendant will be provided with the opportunity to submit copies of the appeal records for the Court to review.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of entry of this order, Defendant shall file complete copies of inmate appeal nos. SATF-A-14-06119, SATF-G-16-00158, SATF-G-16-00472, SATF-G-16-01184, SATF-16-01385, and SATF-G-15-05851; and

1

2. The matter will deemed submitted upon receipt of the inmate appeals or the expiration of the fourteen days, whichever comes first.

IT IS SO ORDERED.

Dated: __**June 2, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE